

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00093-CV

_____


UPSHUR MANOR NURSING HOME, IN ITS
ASSUMED OR COMMON NAME, ET AL., Appellants

V.

BOBBY W. GREEN, Appellee


On Appeal from the County Court
Upshur County, Texas
Trial Court No. 6755


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM  OPINION

Appellants have filed with this Court a motion to dismiss the pending appeal in this matter, representing that a full and final settlement has been reached between all parties.  In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:      January 7, 2010
Date Decided:        January 8, 2010